UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Louis Anthony Dorsey**　　　　　　　　　　　　　　　　　　　**Docket No. 5:94-CR-140-1F**

**Petition for Action on Supervised Release**

COMES NOW Timothy L. Gupton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Louis Anthony Dorsey, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute Cocaine, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on March 6, 1995, to the custody of the Bureau of Prisons for a term of 360 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On September 17, 2015, pursuant to 18 U.S.C. § 3582(c)(2), the term of imprisonment was reduced to 291 months.

Louis Anthony Dorsey was released from custody on December 17, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

At the time of sentencing, the defendant was ordered to pay a $16,350 fine and a $50 special assessment. As of today's date, the special assessment has been paid, and the defendant has a fine balance of $4,905.52. Based on the defendant's payment of the special assessment and a significant amount of the fine, the reduction of his sentence from 360 to 291 months, and his inability to work due to his health and reliance on Social Security benefits, it is recommended that the remaining fine balance be remitted.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The $16,350 fine is modified to $11,494.48, which has previously been paid.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Michael C. Brittain　　　　　　　　　　　　/s/ Timothy L. Gupton
Michael C. Brittain　　　　　　　　　　　　　Timothy L. Gupton
Senior U.S. Probation Officer　　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　310 New Bern Avenue, Room 610
　　　　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27601-1441
　　　　　　　　　　　　　　　　　　　　　　　Phone: 919-861-8686
　　　　　　　　　　　　　　　　　　　　　　　Executed On: December 22, 2015

Louis Anthony Dorsey
Docket No. 5:94-CR-140-1F
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 22nd day of December, 2015 and ordered filed and made a part of the records in the above case.

*James C. Fox*

James C. Fox
Senior U.S. District Judge